FILED & JUDGMENT ENTERED
Steven T. Salata

May 29 2019

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

_____
George R. Hodges
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| David Keith Bailey ) | Case No. 19-10055 |
| Debra Lynn Bailey, ) | Chapter 7 |
| ) | |
| Debtors. ) | |
| ) | |

### ORDER APPROVING EX PARTE APPLICATION TO EMPLOY
### ROBERTS & STEVENS, P.A., AS ATTORNEY FOR THE TRUSTEE

**UPON CONSIDERATION** of the application of Barbara B. Stalzer, Trustee, for authority to employ Roberts & Stevens, P.A., as attorney for the Trustee in connection with this case; and it appearing that the Trustee provided appropriate notice of the application and no further notice need be provided and that notice of a hearing on such application need not be given; and the court having reviewed the application and declaration of Elizabeth T. Dechant in support of said application; and the court being satisfied based on the representations made in the application and declaration that (a) Roberts & Stevens, P.A., does not hold or represent an interest adverse to the bankruptcy estate and (b) Roberts & Stevens, P.A., is a "disinterested person" as defined in section 101(14) of the Bankruptcy Code, as required by section 327(a) of the Bankruptcy Code; and the court having found that the relief requested in the application is necessary and in the best interest of the estate;

**IT IS HEREBY ORDERED,** that Roberts & Stevens, P.A. is authorized to serve as attorney for the Trustee in this case to perform all of the services set forth in the application with such compensation as approved by the Court.

**This Order has been signed electronically. The Judge's signature and court's seal appear at the top of the Order.**

**United States Bankruptcy Court**

R&S 2228910_1