
FILED & JUDGMENT ENTERED
Steven T. Salata

May 29 2019

Clerk, U.S. Bankruptcy Court
Western District of North Carolina



George R. Hodges
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| In Re: ) | |
| ) | |
| David Keith Bailey ) | Case No. 19-10055 |
| Debra Lynn Bailey ) | |
| Debtors ) | |

### ORDER APPROVING EX PARTE APPLICATION TO RETAIN BK GLOBAL REAL ESTATE SERVICES

Upon consideration of the application of Barbara B. Stalzer, Trustee, seeking approval for the retention of BK Global Real Estate Services to provide marketing services and short sale negotiations with the secured creditor, and it appearing that said firm is qualified and competent to assist the Trustee with such requirements, that said firm has no interest in the estate that would disqualify it from the proposed employment, and that the fees to be paid are reasonable, it is

**ORDERED** that the employment by the Trustee of BK Global Real Estate Services on the terms set forth in the Trustee's application is approved.

**This Order has been signed electronically. The Judge's signature and court's seal appear at the top of the Order.**    United States Bankruptcy Court

R&S 2236340_1